# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

FRANK W. RAMSEY JR., *et al,*

v.

BUCHANAN AUTO PARK, INC., *et al,*

Civil Action No.: **1:16-CV-01879**-CCC

## AFFIDAVIT OF SERVICE
DEFENDANT: FCA US LLC

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen, authorized to serve process in this jurisdiction, and not a party to or interested in the proceedings of this action. I received this process / assignment on 1-24-17, and that I personally served the following: <u>SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT;</u> in regards to the above case, upon:

**FCA US LLC**

as follows:
**CORPORATE SERVICE** by serving: **JADE LEWIS,** Agent @The Corporation Company, R/A, *personally,* *by identifying her and handing her the papers*

Age: 20's  Sex: F  Color of Skin: Brn/glasses
*Complete Address of Service*
THE CORPORATION COMPANY, R/A's Address:

**40600 Ann Arbor Rd, E, Ste 201**

**Plymouth, Michigan 48170**
WAYNE County, Michigan.

*Day, Date, Time of Service*

Wed.  **JAN 2 5 2017**  @11:38am

I declare under the penalty of perjury that the information contained in this Affidavit of Service is true and correct.

Subscribed and sworn to
before me on **JAN 3 0 2017**

*[signature: Lisa Ann Studard]*

**LISA ANN STUDARD**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Comm. Exp. 04/09/23
Acting in the County of Wayne
Date 1/30/2017

*[signature: G Sharbowski]*

**Gina Sharbowski**
Process Server

42309 Bobjean Street, Ste 1500
Sterling Heights, MI 48314

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| FRANK W. RAMSEY, JR. and | : | |
| ILLONA A. RAMSEY, | : | CIVIL ACTION NO.: |
| Husband and Wife | : | 1:16-CV-01879-CCC |
|     Plaintiffs, | : | Hon. Christopher C. Conner |
| v. | : | |
| | : | |
| BUCHANAN AUTO PARK, INC. | : | |
| and CHRYSLER GROUP, LLC, now | : | Jury Trial Demanded |
| FCA US LLC | : | |
|     Defendants. | : | ELECTRONICALLY FILED |

**CERTIFICATE OF SERVICE**

    I, Andrea D. Eberhart of the law firm of **Savoca Justice, LLC**, attorneys for Plaintiff, do hereby certify that I am this day serving a copy of the forgoing Affidavit of Service in the following manner:

**VIA THE COURT'S ELECTRONIC CASE FILING SYSTEM TO THE ELECTRONIC MAIL ADDRESS STATED BELOW:**

Maureen A. Jordan, Esquire
Hendrzak & Lloyd
3701 Corporate Parkway, Suite 100
Center Valley, PA 18034
maureen.jordan@zurichna.com
*Counsel for Buchanan Auto Park*

                                                             SAVOCA JUSTICE, LLC

Date: February 2, 2017                       *s/ Andrea D. Eberhart*
                                                        Andrea D. Eberhart, Paralegal
                                                         Randall M. Justice, Esquire
                                                         PA Court ID No. 200414
                                                         1525 Oregon Pike, Suite 501
                                                         Lancaster, PA 17601
                                                         (717) 519-0805
                                                         *Attorneys for Plaintiff*