# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK W. RAMSEY, JR.,** *et al.*, | : | CIVIL ACTION NO. 1:16-CV-1879 |
| | : | |
| **Plaintiffs** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **BUCHANAN AUTO PARK, INC.,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of July, 2018, it is hereby ORDERED that the pretrial and trial schedule in the above-captioned action is SUSPENDED and the pretrial conference presently scheduled for August 22, 2018 is CANCELLED pending resolution of defendant FCA US LLC's motion (Doc. 42) for summary judgment and FCA US LLC's motions (Docs. 49, 51, 53, 55) *in limine*. The court shall issue a revised pretrial and trial schedule, if necessary, following disposition of said motions.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania