# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK W. RAMSEY, JR.,** *et al.*, | : | CIVIL ACTION NO. 1:16-CV-1879 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **BUCHANAN AUTO PARK, INC.,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of January, 2020, upon consideration of the motion (Doc. 72) for summary judgment by defendant FCA US LLC ("FCA"), the motion (Doc. 74) for summary judgment by defendant Buchanan Auto Park, Inc., the reports (Docs. 87, 89) of Magistrate Judge Carlson, and FCA's objection (Doc. 90) thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Judge Carlson's report (Doc. 87) as to Buchanan Auto Park is ADOPTED in full. The court declines to adopt Judge Carlson's report (Doc. 89) as to FCA.

2. Buchanan Auto Park's motion (Doc. 74) for summary judgment is DENIED.

3. FCA's motion (Doc. 72) for summary judgment is GRANTED as to all counts in plaintiffs' amended complaint.

4. The Clerk of Court shall enter judgment in favor of FCA and against plaintiffs on Counts III, IV, and V of plaintiffs' amended complaint.

5. FCA's motions (Docs. 81, 83, 85) *in limine* are DENIED as moot.

6. The remaining parties are directed to meet and confer and, on or before **Tuesday, January 28, 2020**, jointly file a proposed amended pretrial and trial schedule in accordance with the court's trial term calendar as attached hereto.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania

# Judge Conner
## 2020 – 2021 Court Calendar

| | 2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trial List** | **Discovery Cut-Off** | **Dispositive Motions & Briefs in Support** | **Affirmative Expert Reports** | **Responsive Expert Reports** | **Suppl. Expert Reports** | **Motions in Limine & Briefs in Support** | **Final Pre-Trial Conference** | **Voir Dire and Jury Instructions** | **Jury Selection** |
| **October** | 3/30/20 | 5/6/20 | 5/6/20 | 6/5/20 | 6/19/20 | 8/5/20 | 9/23/20 | 9/23/20 | 10/5/20 |
| **November** | 4/30/20 | 6/3/20 | 6/3/20 | 7/3/20 | 7/17/20 | 9/3/20 | 10/21/20 | 10/21/20 | 11/2/20 |
| **December** | 5/29/20 | 7/1/20 | 7/1/20 | 7/31/20 | 8/14/20 | 10/7/20 | 11/18/20 | 11/18/20 | 12/7/20 |
| | 2021 | | | | | | | | |
| **January** | 6/28/20 | 8/6/20 | 8/6/20 | 9/7/20 | 9/21/20 | 11/5/20 | 12/16/20 | 12/16/20 | 1/4/21 |
| **February** | 7/31/20 | 9/4/20 | 9/4/20 | 10/5/20 | 10/19/20 | 12/3/20 | 1/20/21 | 1/20/21 | 2/1/21 |
| **March** | 8/31/20 | 10/1/20 | 10/1/19 | 11/2/21 | 11/18/20 | 1/7/21 | 2/17/21 | 2/17/21 | 3/1/21 |
| **April** | 9/29/20 | 11/5/20 | 11/5/20 | 12/4/20 | 12/18/20 | 2/4/21 | 3/17/21 | 3/17/21 | 4/5/21 |
| **May** | 10/30/20 | 12/3/20 | 12/3/20 | 1/4/21 | 1/19/21 | 3/4/21 | 4/21/20 | 4/21/20 | 5/3/21 |
| **June** | 11/27/20 | 1/7/20 | 1/7/21 | 2/5/21 | 2/19/21 | 4/1/21 | 5/19/21 | 5/19/21 | 6/7/21 |
| **July** | 12/31/20 | 2/4/21 | 2/4/21 | 3/4/21 | 3/18/21 | 5/6/21 | 6/16/21 | 6/16/21 | 7/6/21 |
| **August** | 1/29/21 | 3/4/21 | 3/4/21 | 4/5/21 | 4/19/21 | 6/3/21 | 7/21/21 | 7/21/21 | 8/2/21 |
| **September** | 2/26/21 | 4/1/21 | 4/1/21 | 5/3/21 | 5/17/21 | 7/1/21 | 8/18/21 | 8/18/21 | 9/7/21 |
| **October** | 3/30/21 | 5/6/21 | 5/6/21 | 6/4/21 | 6/18/21 | 8/5/21 | 9/22/21 | 9/22/21 | 10/4/21 |
| **November** | 4/30/21 | 6/3/21 | 6/3/21 | 7/6/21 | 7/20/21 | 9/3/21 | 10/20/21 | 10/20/21 | 11/1/21 |
| **December** | 5/28/21 | 7/1/21 | 7/1/21 | 7/29/21 | 8/12/21 | 10/7/21 | 11/17/21 | 11/17/21 | 12/6/21 |