IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK W. RAMSEY, JR.,** and **ILLONA A. RAMSEY,** : : : **Plaintiffs** : : **v.** : : **BUCHANAN AUTO PARK, INC.,** : : **Defendant** : | CIVIL ACTION NO. 1:16-CV-1879 (Judge Conner) |

# ORDER

AND NOW, this 7th day of March, 2022, upon consideration of the motion (Doc. 149) for judgment as a matter of law, a new trial, remittitur, or amendment of the judgment filed by defendant Buchanan Auto Park, Inc. ("Buchanan"), and the motion (Doc. 151) for new trial on pain-and-suffering damages only and motion (Doc. 137) for delay damages filed by plaintiffs Frank W. Ramsey, Jr., and Illona A. Ramsey, as well as the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Buchanan's motion (Doc. 151) is GRANTED to the extent the court grants a new trial on the issue of damages only. Buchanan's motion (Doc. 151) is otherwise DENIED.

2. Plaintiffs' motions (Docs. 137, 151) are DENIED as moot and without prejudice.

3. The jury's verdict (Doc. 133) and clerk's judgment (Doc. 135) dated April 8, 2021, are VACATED as to damages only. The verdict and judgment as to liability remain in full force and effect.

4. A telephonic scheduling conference shall commence at **1:30 p.m. on Thursday, April 7, 2022**.  Counsel for plaintiffs shall initiate the call to chambers at 717-221-3945.  At the time the call is placed, all counsel shall be on the line and prepared to discuss their availability for the new trial ordered herein.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner
        United States District Judge
        Middle District of Pennsylvania